UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3693**

**JUDGE SCHEINDLIN**

---

AIG GLOBAL INVESTMENT CORP.,

Plaintiff,

v.

TYCO INTERNATIONAL GROUP, S.A.,

Defendant.

No. _____

PLAINTIFF'S RULE 7.1
DISCLOSURE STATEMENT

MAY 09 2007

U.S.D.C. S.D.N.Y.
CASHIERS

---

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certify that American International Group, Inc. is the parent corporation of AIG Capital Corporation, which is the parent of AIG Global Asset Management Holdings Corp., which in turn is the parent of AIG Global Investment Corp.; that American International Group, Inc., a publicly held corporation, has no parent company; and that no publicly held company owns ten percent (10%) or more of the stock of any of these entities.

Dated: New York, New York
       May 9, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Gerard E. Harper (GH-0279)
    Andrew G. Gordon (AG-9239)

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiff*