## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May, 10, 2007, I served true copies of the attached:

SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the following:

Judith A. Reinsdorf, Esq.
Tyco International Group S.A.
9 Rozel Road
Princeton, New Jersey 08540

Managing Directors
Tyco International Group S.A.
Boulevard Royal, 26, Sixth Floor
L-2449 Luxembourg

Doc#: NY6: 185617.1

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

*(signature)*

Austin K. Wilkinson

Sworn to before me this

10th day of May, 2007

*(signature)*

Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008

Doc#: NY6: 185617.1

AFFIDAVIT OF SERVICE BY FACSIMILE

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Amy E. Gold, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May, 10, 2007, I served true copies of the attached:

SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the following:

Judith A. Reinsdorf, Esq.
Tyco International Group
S.A. 9 Rozel Road
Princeton, New Jersey 08540
Fax: (609) 720-4226

Managing Directors
Tyco International Group S.A.
Boulevard Royal, 26, Sixth Floor
L-2449 Luxembourg
Fax: (352) 464-3509

Doc#: NY6: 185617.1

3. I made such service by causing true copies of the aforementioned document to be sent by facsimile to the above stated fax numbers.

*Amy E. Gold*

Amy E. Gold

Sworn to before me this

10th day of May, 2007

*Notary Public*

KATHRYN H. BODKIN
Notary Public, State of New York
No. 02BO6180616
Qualified in New York County
Commission Expires February 12, 2011

Doc#: NY6: 185617.1