## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK    )
                       )   ss.:
COUNTY OF NEW YORK   )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May, 10, 2007, I served true copies of the attached:

SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the following:

Judith A. Reinsdorf, Esq.
Tyco International Group S.A.
9 Rozel Road
Princeton, New Jersey 08540

Managing Directors
Tyco International Group S.A.
Boulevard Royal, 26, Sixth Floor
L-2449 Luxembourg

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

Austin K. Wilkinson

Sworn to before me this

10th day of May, 2007

Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008