## AMENDED AFFIDAVIT OF SERVICE BY FACSIMILE

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

Amy E. Gold, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 10, 2007, I served true copies of the attached:

SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the following:

> Managing Directors
> Tyco International Group S.A.
> Boulevard Royal, 26, Sixth Floor
> L-2449 Luxembourg
> Fax: (352) 464-3509

3. On May 11, 2007, I served true copies of the attached:

SUMMONS IN A CIVIL CASE, COMPLAINT, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, ORDER TO SHOW CAUSE FOR A TEMPORARY

RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and DECLARATION OF ANDREW G. GORDON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION on the following:

> Judith A. Reinsdorf, Esq.
> Tyco International Group
> S.A. 9 Rozel Road
> Princeton, New Jersey 08540
> Fax: (609) 720-4226

4. I made such service by causing true copies of the aforementioned document to be sent by facsimile to the above stated fax numbers.

_____
Amy E. Gold

Sworn to before me this
11th day of May, 2007

_____
Notary Public

KATHRYN H. BODKIN
Notary Public, State of New York
No. 02BO6160616
Qualified in New York County
Commission Expires February 12, 2011

Doc#: NY6: 185617.1