UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| AIG GLOBAL INVESTMENT CORP. | No. 07 CV 3693 (SAS) |
| Plaintiff, | ECF CASE |
| - against - | Document Electronically Filed |
| TYCO INTERNATIONAL GROUP S.A. | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Tyco International Group S.A. ("TIGSA"), by its counsel, hereby certifies that Tyco International Ltd. ("Tyco"), a publicly held company, is the parent of TIGSA; no other publicly held corporation owns 10% or more of TIGSA's stock; and no publicly held corporation owns 10% or more of Tyco's stock.

Dated: May 13, 2007
      New York, New York

/s/ Joseph N. Sacca
Jonathan J. Lerner (JL-7117)
Joseph N. Sacca (JS-9435)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant

Of Counsel:
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Thomas J. Nolan
Peter B. Morrison (PM-5062)
300 S. Grand Ave.
Los Angeles, CA 90071
(213) 687-5000