SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jonathan J. Lerner (JL-7117)
Joseph N. Sacca (JS-9435)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
AIG GLOBAL INVESTMENT CORP.  :   No. 07 Civ. 3693 (SAS)
                             :
                  Plaintiff, :   ECF Case
                             :
        - against -          :   Document Electronically Filed
                             :
TYCO INTERNATIONAL GROUP S.A.:
                             :
                  Defendant. :
------------------------------x

### DECLARATION OF JOSEPH N. SACCA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

JOSEPH N. SACCA, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the bar of this Court and of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant Tyco International Group S.A. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for a Preliminary Injunction to place before the Court true and correct copies of relevant excerpts of the following documents:

| Exhibit | Description |
| --- | --- |
| A | Research report issued by Morgan Stanley, dated April 23, 2007, titled "A Close Look at Tyco's Post-Breakup Pieces: Low Risk with Substantial Upside;" |

| | |
|---|---|
| B | Investment Research Report issued by David A. Bleustein and Kristen Stewart of UBS Investment Research, dated January 19, 2007, titled "Tyco Healthcare: A First Look Through the Separation Documents." |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2007.

/s/Joseph N. Sacca
JOSEPH N. SACCA