# EXHIBIT B



**Global Equity Research**

Americas

**UBS Investment Research**

Advanced Medical Devices

**Industrials and Medical Supplies & Devices**

Sector Comment



# Tyco Healthcare: A First Look Through the Separation Documents

19 January 2007
www.ubs.com/investmentresearch

**David A. Bleustein**
Analyst
david.bleustein@ubs.com
+1-212-713 2615

**Kristen Stewart, CFA, CPA**
Analyst
kristen.stewart@ubs.com
+1 212-713-9933

■ **Form 10-12B filed last night reveals more details on spin**
Last night, Tyco filed its separation documents. The Tyco Healthcare Form 10-12B provided a look at the corporate strategy, the separate financials, allocation of debt, dividends, and more. Of note, the spin-offs are now likely a C2Q07 event, not C1Q07-end.

■ **The strategy: increase R&D, acquisitions, expand globally**
Tyco Healthcare's stand-alone strategy includes "increasing R&D initiatives, pursuing targeted external opportunities, and enhancing [the] global commercialization infrastructure, including sales, marketing and distribution." The was largely what we expected, though unlike the other companies, no possible divestitures were noted. We think pruning may still occur.

■ **Other notable items**
Gross margins were as expected. Debt allocation was a bit higher, but not restrictive for future M&A. Relative to the divisional figures, free cash flows on a separate basis were lower due to allocation of corporate exp, interest, and taxes.

■ **Valuation at spin will matter for investor interest**
We estimated the enterprise value for Tyco HC at $26-$29B using a 15% discount to the peer group using a variety of metrics and calendar 2006 financials. The valuation may change (+/-) based on the stand-alone strategy & incremental costs, and financial outlook. There are still too many moving parts to narrow valuation.



**EXHIBIT B**

This report has been prepared by UBS Securities LLC

---

**ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 13**                                                                 1

UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

**Industrials and Medical Supplies & Devices**  19 January 2007

### ■ Statement of Risk

We believe a key risk to TYC's stock is the potential for further delay in the separation process. Additionally, Significant weaknesses in the electronics and/or industrial markets could cause earnings to fall below current expectations. With respect to the healthcare valuation, factors that could alter our results include the company's stand-alone strategy, greater-than-anticipated standalone costs, a slower than expected recovery in top and bottom line growth rates, materially dilutive acquisitions, and continued pricing declines across the segments.

### ■ Analyst Certification

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.