UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIG GLOBAL INVESTMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> TYCO INTERNATIONAL GROUP, S.A., <br><br> Defendant. | No. 07-CV-03693 (SAS) <br><br> **NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE THAT, whereas no answer or motion for summary judgment have been served, Plaintiff AIG Global Investment Corp. ("AIG"), through its undersigned counsel, hereby withdraws without prejudice its claims against Defendant pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: May 16, 2007

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /S/ Gerard Harper
              Gerard E. Harper (GH-0279)
              Andrew G. Gordon (AG-9239)

        1285 Avenue of the Americas
        New York City, New York 10019
        (212) 373-3000

        *Attorneys for Plaintiff AIG Global Investment Corp.*