## AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 16, 2007, I served true copies of the foregoing: NOTICE OF DISMISSAL on the following:

>   Jonathan J. Lerner
>   Joseph N. Sacca
>   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP.
>   Four Times Square
>   New York, NY 10036

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight delivery.

                                                    Luke DePalma

Sworn to before me this
16th day of May, 2007

_____
Notary Public

RICARDO ENRIQUE NOSSA
Notary Public, State of New York
No. 01NO6109996
Qualified in Nassau County
Commission Expires May 24, 2008

Doc#: NY6: 185617.1